# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUDOLPH HOSKINS,<br><br>          Petitioner,<br><br>   v.<br><br>DEBBIE ASUNCION, Warden,<br><br>          Respondent. | Case No. CV 18-3053 GW (SS)<br><br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

**IT IS HEREBY ADJUDGED** that the above-captioned action is dismissed with prejudice.

DATED: November 19, 2018

                                              GEORGE H. WU
                                              UNITED STATES DISTRICT JUDGE